MD 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

*CLASS ACTION,*
*ROBERT T. JENKINS, et.al,* )
Full name and prison name of )
Plaintiff(s) )
 )
 )
v. )
 ) CIVIL ACTION NO. 2:15-cv-432-MHT
*ALABAMA DEPT. OF CORRECTIONS,* ) (To be supplied by Clerk of U.S. District
*WARDEN LEAN FORNISS,* ) Court)
*CHAPLAIN OSSIE BROWN, et,al.* )
 )
_____ )
 )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

RECEIVED 2015 JUN A 11:51 DEBRA P. HACKETT CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☒

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?        YES ☐        NO ☒

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if state court, name the county)

            _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _ELMORE CORRECTIONAL FACILITY, 3520 MARION SPILLWAY RD. ELMORE, AL 36025_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _ELMORE C.F., KILBY CORRECTIONAL FACILITY_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                   ADDRESS

1. _ALABAMA DEPT. OF CORRECTIONS - 301 S. RIPLEY ST. MONTGOMERY AL. 36104_
2. _WARDEN LEON FORNISS - C/O 3520 MARION SPILLWAY RD. ELMORE, AL. 36025_
3. _CHAPLAIN OSSIE BROWN - C/O 3520 MARION SPILLWAY RD. ELMORE, AL. 36025_
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _ON OR ABOUT JUNE 1st, 2015._

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _RELIGIOUS BASED/DISCRIMINATION/RACIAL DISCRIMINATION._

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

ON OR ABOUT MAY 15TH, 2015 AN "INSTITUTIONAL BAND" PROGRAM WAS APPROVED, TO ENTERTAIN THE GENERAL POPULATION DURING SCHEDULED EVENTS + HOLIDAYS. ON MAY 23RD, THE "INSTITUTIONAL BAND," IN CONJUNCTION WITH THE "CHAPEL BAND" ENTERTAINED FOR THE WARDEN + GUESTS FROM AREA CHURCHES, AND THAT EVENT WAS VIDEOED. THIS INSTITUTIONAL BAND HAS NOW BEEN CANCELLED BASED ON RELIGION!!

GROUND TWO: A COMPLAINT ABOUT THIS UNWARRANTED CANCELLING OF THE INSTITUTIONAL BAND, BASED ON RELIGION WAS SENT TO ASST WARDEN CLAY, AND ROBERT T. JENKINS WAS SUMMONED BY CHAP. BROWN.

SUPPORTING FACTS: AT THIS JUNE 9TH 2015, "CHAPLAIN MEETING," THE PLAINTIFF WAS ADVISED BY CHAPLAIN BROWN THAT, "THE MUSICAL EQUIPMENT, WHICH IS STATE DONATED, AND THE CHAPEL BUILDING, WHICH IS STATE DONATED, COULD NO LONGER BE USED BY THE INSTITUTIONAL BAND, BECAUSE THE INST. BAND DOES NOT ONLY PLAY GOSPEL MUSIC!" THE INSTITUTIONAL BAND PLAYS GOSPEL, COUNTRY, BLUES + ROCK...

GROUND THREE: CHAPLAIN OSSIE BROWN LIED ABOUT THIS EQUIPMENT/CHAPEL BEING USED ONLY FOR GOSPEL MUSIC, THE "TRUE" REASON FOR THE INST. BAND'S BEING CANCELLED IS THAT THE FOUR INST. BAND MEMBERS ARE NON-AFRICAN AMERICAN

SUPPORTING FACTS: THESE "SUPPOSED" GOSPEL ONLY INSTRUMENTS, ARE USED FOR "INDIVIDUAL PRACTICE TIMES," "MUSLIM SERVICES," + A "TALENT SHOW," WHICH IS HELD TWICE PER MONTH, IN THE CHAPEL BUILDING?! THIS CHAPEL "SITUATION" ALSO RAISES QUESTION(S) OF INMATE DISCRIMINATION, AS THE MAJORITY OF THE ALLEGED "CHURCH ELDERS," ARE PEDOPHILES + SEX OFFENDERS, AND NOT EVEN ELIGIBLE FOR MINIMUM CUSTODY OR WORK RELEASE, YET THEY CONTROL + SUPERVISE OTHER INMATES CONCERNING ALL CHAPEL FUNCTIONS, INCLUDING THE INSTITUTIONAL BAND??

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

THE INSTITUTIONAL BAND PROGRAM SHOULD BE ALLOWED AN ALLOTED PRACTICE TIME, AS WAS PREVIOUSLY AFFORDED TO US BEFORE THIS "UNWARRANTED CANCELLATION" BASED ON LIES BY STAFF AND RELIGIOUS/RACIAL DISCRIMINATION. "OR" ORDER THE SUSPENSION OF ALL MUSICAL EQUIPMENT UNTIL WHICH TIME ALL RACES, RELIGIONS, & INDIVIDUALS ARE TREATED EQUALLY...

(ALSO SEE ATTACHED EXHIBITS)
X 4 PAGES.

*Robert T. Jenkins* #115 765
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6-11-2015
(Date)

*Robert T. Jenkins*
Signature of plaintiff(s)

ROBERT T. JENKINS #165765
3520 MARION SPILLWAY RD. (C2-43-B)
ELMORE AL, 36025

Middle District of Alabama
U.S. District Courthouse
Dir To: Office of the Clerk
P.O. Box 711
Montgomery, Al. 36104-0000

MONTGOMERY AL
12 JUN 2015

LEGAL MAIL

36101071111