IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROBERT T. JENKINS,     )<br>                       )<br>    Plaintiff,       )<br>                       )<br>    v.                 )<br>                       )<br>                       )<br>ALABAMA DEPT. OF       )<br>CORRECTIONS, et al.,   )<br>                       )<br>    Defendants.        )  | CIVIL ACTION NO.<br>2:15cv432-MHT<br>(WO) |

OPINION AND ORDER

This case is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for class certification be denied. No objections have been filed. Upon an independent and de novo review of the record, it is ORDERED as follows:

1. The recommendation of the United States Magistrate Judge (doc. no. 4) is adopted.

2. The court construes the complaint (doc. no. 1) as containing a motion for class certification, and the motion for class certification (doc. no. 1) is denied.

This case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 17th day of July, 2015.

                                              /s/ Myron H. Thompson
                                           **UNITED STATES DISTRICT JUDGE**