```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

```
ROBERT T. JENKINS,           )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )      2:15cv432-MHT
                             )          (WO)
ALABAMA DEPARTMENT OF        )
CORRECTIONS, et al.,         )
                             )
    Defendants.              )
```

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit contending that his musical band has not been allowed to practice or use instruments at the prison due to racial and religious discrimination. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims against the Alabama Department of Corrections be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of September, 2015.

                                    /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE