IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROBERT T. JENKINS,              )
                                )
     Plaintiff,                 )
                                )          CIVIL ACTION NO.
     v.                         )            2:15cv432-MHT
                                )                (WO)
ALABAMA DEPARTMENT OF           )
CORRECTIONS, et al.,            )
                                )
     Defendants.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 12) is adopted.

(2) All claims against defendant Alabama Department of Corrections are dismissed with prejudice, and said defendant is terminated as a party to this action.

No costs are taxed.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 21st day of September, 2015.

                      /s/ Myron H. Thompson
                      **UNITED STATES DISTRICT JUDGE**