IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROBERT T. JENKINS,          )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )      2:15cv432-MHT
                            )          (WO)
WARDEN LEON FORNISS and     )
CHAPLAIN OSSIE BROWN,       )
                            )
    Defendants.             )
```

**JUDGMENT**

Pursuant to plaintiff's notice of dismissal (doc. no. 35), it is the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed without prejudice and with no costs taxed.

The court assumes that defendants have no objection to the allowance of the dismissal; however, if they do, they must file the objection within seven days from date of this order.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 4th day of April, 2017.

                 /s/ Myron H. Thompson
                 **UNITED STATES DISTRICT JUDGE**